**Order filed January 22, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00528-CV

———————

**HO & HUANG PROPERTIES, L.P. AND SW PARKWAY MANAGEMENT, INC., Appellants**

**V.**

**PARKWAY DENTAL ASSOCIATES, P.A., Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-69193**

---

## ORDER

On November 25, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file the reporter's record. On January 13, 2015, the court reporter, Michelle Tucker, filed an extension of time to file the reporter's record to February 27, 2015. The request states the extension is not opposed by the parties.

Accordingly, the motion is granted.  Our order of November 25, 2014, is withdrawn.  The appeal is reinstated.  The reporter's record is due February 27, 2015; no further extensions will be entertained absent exceptional circumstances.

PER CURIAM